IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS BELL TELEPHONE COMPANY, D/B/A AT&T ILLINOIS, <br><br> Plaintiff, <br><br> v. <br><br> MEDIACOM TELEPHONY OF ILLINOIS, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 1:18-CV-00050 |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE TO REINSTATE**

Plaintiff Illinois Bell Telephone Company, now known as Illinois Bell Telephone Company, LLC, d/b/a AT&T Illinois, hereby dismisses the above-referenced cause of action against Mediacom Telephony of Illinois, LLC without prejudice to reinstate this cause of action if the Illinois Commerce Commission does not approve, or is not deemed to have approved, either the Parties' proposed Interconnection Agreement or a later revised Interconnection Agreement otherwise agreed to by the Parties. Each Party agrees to pay its own costs and attorneys' fees.

Respectfully submitted,

By: /s/ Mimi B. MacDonald
Mimi B. MacDonald, #37606, (Admitted Pro Hac Vice)
AT&T Services, Inc.
1010 Pine Street, Suite 19E-R-01
Saint Louis, Missouri 63101
Telephone: (314) 396-3685
Facsimile: (314) 242-1058
mimi.macdonald@att.com

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically this 29th day of January, 2019, with the Court to be served by operation of the court's electronic filing system to the following counsel of record:

Robert Wasnofski, wasnofski.robert@dorsey.com, Dorsey & Whitney LLP
Theresa M. Bevilacqua, bevilacqua.theresa@dorsey.com, Dorsey & Whitney LLP
Alan J. Iverson, iverson.alan@dorsey.com, Dorsey & Whitney LLP
Bartholomew B. Torvik, bart.torvik@torviklaw.com, LLC
Nicole Byrd, nicole.byrd@att.com, AT&T Midwest Legal Department

/s/ Mimi B. MacDonald